*E-Filed 8/23/10*

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Fax: (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, ANTHONY ASHER, TRUSTEE,<br><br>          Plaintiffs,<br>     vs.<br><br>CLIFTON ENTERPRISES, INC., a California corporation, doing business as NICHOLS PLUMBING & HEATING<br>          Defendants. | NO.  C 10 2784 RS<br><br>STIPULATION TO SET ASIDE DEFAULT; ORDER |

Plaintiff having requested entry of default in error, (Document 8), and defendant having filed an answer on the same day (Document 9),

IT IS HEREBY STIPULATED to set aside the default of defendant entered on August 11, 2010.

DATED: August 16, 2010          ERSKINE & TULLEY
                                A PROFESSIONAL CORPORATION


                                By:/s/Michael J. Carroll
                                   Michael J. Carroll
                                   Attorneys for Plaintiff

STIPULATION TO SET ASIDE DEFAULT; ORDER          1

1
2  DATED: August 16, 2010                    SWEENEY, MASON, WILSON BOSOMWORTH
                                             ATTORNEYS AT LAW
3
4                                            By:/s/Roger M. Mason
                                                Roger M. Mason
5                                               Attorneys for Defendants

6                              **Order**
                         **IT IS SO ORDERED.**
7  **DATED:** 8/23/10
8                                             _____
                                               Honorable Richard Seeborg
9

STIPULATION TO SET ASIDE DEFAULT; ORDER            2