1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   3030 Bridgeway, Suite 121
3  Sausalito, CA 94965
   Telephone:  (415) 729-9006
4  FAX: (415) 729-9023

5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE SHEET METAL )   NO.  C 10 2784 RS (EDL)
   WORKERS, et al.,                     )
12                                      )
                      Plaintiffs,       )
13                                      )
            vs.                         )   (PROPOSED)
14                                      )   ORDER OF EXAMINATION
   CLIFTON ENTERPRISES, etc.,           )
15                                      )
                      Defendant.        )
16 _____)

17 To:  Barbara Clifton, Custodian of Records and Officer of
                    Corporate Judgment Debtor
18      Clifton Enterprises Inc.
        351 Olympia Avenue
19      Sand City, CA 93955

20         You the above named custodian of records and officer of

21 judgment debtor ARE HEREBY ORDERED to appear personally on Tuesday,

22 April 19, 2011 at 10:00 a.m. at 450 Golden Gate Avenue, Courtroom E,

23 15th Floor, San Francisco, California before the Magistrate Elizabeth

24 D. Laporte then and there to be examined on oath concerning your

25 property or other matters material to the proceedings.

26         You are ordered to bring with you the following documents:

27         1.   The corporation's bylaws, share register and minute

28 book;

        ORDER OF EXAMINATION              1

1       2. Title documents to all equipment and vehicles of debtor;

2       3. All lists and schedules of rented, leased and owned
3  equipment of debtor;

4       4. Copies of all real property and personal property leases
5  wherein debtor is a party;

6       5. Last Annual Financial Statement and all monthly
7  financial statements for the last six months;

8       6. Federal tax return for the last year reported;

9       7. All bank statements, deposit slips and canceled checks
10 for all accounts for October 2010 to present;

11      8. The last tax return filed with the Franchise Tax Board;

12      9. Copies of all purchase orders, change orders accepted
13 bids, and contracts which relate in any way to work performed by
14 debtor during the period from October 1, 2010 to date;

15      10. All accounts receivable lists generated by the Company
16 in the last four months;

17      11. Cash Disbursement Journals for 2010;

18      12. All documents related to any loans to debtor or by
19 debtor by any present or former shareholders, officers or employees
20 of debtor;

21      13. All documents related to any completed, pending or
22 failed sale of substantially all corporate assets during the last
23 three years.

24      14. All personal guarantees made by any officer, agent or
25 shareholder for the benefit of debtor.

26      NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE
27 TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
28 AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER

ORDER OF EXAMINATION                    2

1  REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
2  JUDGMENT CREDITOR IN THIS PROCEEDING.
3  Dated: March 16, 2011
4                                    _____
                                     Magistrate Judge Elizabeth D. Laporte
5

